IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | : | Case No. 4:15-CV-1157 |
| ECHOSTAR TECHNOLOGIES L.L.C., | : | |
| and NAGRASTAR LLC, | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | (Judge Brann) |
| | : | |
| PATRICK LAUNDRIE, | : | |
| | : | |
| Defendant. | : | |

**ORDER**
November 16, 2015

Upon default of the Defendant, the Court, having reviewed the record, evidence, and applicable law in this matter, hereby ORDERS as follows:

1. Defendant Patrick Laundrie and anyone acting in active concert or participation with, or at the direction or control of Defendant, is hereby permanently enjoined from:

    a. Circumventing or assisting others in circumventing DISH Network's security system, or otherwise intercepting or assisting others in intercepting DISH Network's satellite signal;

    b. Testing, analyzing, reverse engineering, manipulating, or otherwise extracting codes, data, or information from DISH Network's satellite receivers, smart cards, satellite data stream, or any other part or component of the DISH Network security system.

2. This permanent injunction takes effect immediately.

3. Judgment is entered in favor of DISH Network on Count III of the complaint.

4. Statutory damages in the amount of $10,000 are awarded to DISH Network in accordance with 18 U.S.C. § 2520(c)(2)(B).

5. Counts I and II of the complaint are dismissed with prejudice.

6. The Court retains jurisdiction over this action for the purpose of enforcing this final judgment and permanent injunction.

7. The Clerk is directed to enter final judgement in favor of Plaintiffs and against Defendant and to close the case file.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge